IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG OGANS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | Case No. 17-cv-02443-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS; VACATING HEARING**<br><br>Re: Dkt. Nos. 13, 15 |

Before the Court is defendant's "Motion to Dismiss Plaintiff's Complaint," filed May 5, 2017. On May 19, 2017, plaintiff filed a "First Amended Class and Collective Action Complaint" ("FAC").

A party may amend a pleading "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." See Fed. R. Civ. P. 15(a). "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

In the instant case, plaintiff filed his FAC within 21 days after service of defendant's motion to dismiss, and, consequently, was entitled to amend. See Fed. R. Civ. P. 15(a).

Accordingly, the Court hereby DENIES as moot defendant's motion, and VACATES the June 16, 2017 hearing scheduled thereon.

**IT IS SO ORDERED.**

Dated: May 23, 2017

MAXINE M. CHESNEY
United States District Judge