ADAM ROSE (SB# 210880)
adam@frontierlawcenter.com
FRONTIER LAW CENTER
23901 Calabasas Road, #2074
Calabasas, California 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys for Plaintiff
CRAIG OGANS

E. JEFFREY GRUBE (SB# 167324)
ELIZABETH A. BROWN (SB# 235429)
C. YEWLEH CHEE (SB# 281710)
jeffgrube@gbgllp.com
lisabrown@gbgllp.com
yewlehchee@gbgllp.com
GRUBE BROWN & GEIDT LLP
601 Montgomery Street, Suite 1150
San Francisco, CA 94111
Telephone: (415) 603-5000
Facsimile: (415) 840-7210

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG OGANS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. and DOES 1 to 100,<br><br>Defendants. | Case No. 3:17-cv-02443-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT UNITED PARCEL SERVICE, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:  Hon. Maxine M. Chesney<br>Courtroom: 7 |

1 | By and through their respective attorneys of record, Plaintiff Craig Ogans and Defendant United Parcel Service, Inc. ("UPS") (collectively, the "Parties") stipulate and agree as follows:

WHEREAS, Plaintiff filed his initial Complaint in San Francisco Superior Court on March 6, 2017;

WHEREAS, UPS removed the action to this Court on April 28, 2017;

WHEREAS, UPS moved to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted on May 5, 2017;

WHEREAS, Plaintiff filed his First Amended Complaint on May 19, 2017;

WHEREAS, the current deadline for UPS's response to Plaintiff's First Amended Complaint is June 2, 2017;

WHEREAS, the Parties would like additional time to discuss the allegations contained in Plaintiff's First Amended Complaint to possibly narrow the issues and avoid unnecessary motion practice;

THEREFORE, the Parties stipulate and agree to extend the time for UPS to file and serve its response to Plaintiff's First Amended Complaint to June 30, 2017.

DATED: June 1, 2017　　　　　　　　　　　FRONTIER LAW CENTER

　　　　　　　　　　　　　　　　　　　　BY:　　　/s/ Adam Rose　　　
　　　　　　　　　　　　　　　　　　　　　　ADAM ROSE
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　CRAIG OGANS

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

DATED: June 1, 2017　　　　　　　　　　　GRUBE BROWN & GEIDT LLP

　　　　　　　　　　　　　　　　　　　　BY:　　/s/ Elizabeth A. Brown　　
　　　　　　　　　　　　　　　　　　　　　　ELIZABETH A. BROWN
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　UNITED PARCEL SERVICE, INC.

//

//

## DECLARATION OF ELIZABETH A. BROWN

I, Elizabeth A. Brown, declare as follows:

1. I am an attorney duly licensed to practice before this Court and before all of the Courts of the State of California. I am a Partner at the law firm of Grube Brown & Geidt LLP and counsel of record for Defendant United Parcel Service, Inc. ("UPS") in this action.

2. UPS removed this action to this Court on April 28, 2017. UPS moved to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted on May 5, 2017.

3. Instead of opposing UPS's motion to dismiss, Plaintiff filed his First Amended Complaint on May 19, 2017.

4. The current deadline for UPS's response to Plaintiff's First Amended Complaint is June 2, 2017.

5. Good cause exists to extend the deadline for UPS to file its response to the First Amended Complaint from June 2, 2017 to June 30, 2017. This enlargement of time is needed by the parties to discuss the allegations in the First Amended Complaint and possibly narrow the issues, thereby avoiding unnecessary motion practice.

6. There have been not any previous time modifications in this case, whether by stipulation or Court order.

7. This requested time modification would not alter the schedule for the case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 1st day of June, 2017, at Los Angeles, California.

_____
ELIZABETH A. BROWN

**[PROPOSED] ORDER**

This Court, having reviewed the foregoing Stipulation, and good cause appearing therefor, HEREBY ORDERS that the deadline for Defendant United Parcel Service, Inc. to file and serve its response to Plaintiff's First Amended Complaint shall be extended to and ~~including~~ include June 30, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 1, 2017

_____
Hon. Maxine M. Chesney
United States District Judge