1   ADAM ROSE (SB# 210880)
    adam@frontierlawcenter.com
2   FRONTIER LAW CENTER
    23901 Calabasas Road, #2074
3   Calabasas, California 91302
    Telephone: (818) 914-3433
4   Facsimile: (818) 914-3433

5   Attorneys for Plaintiff
    CRAIG OGANS
6

7   E. JEFFREY GRUBE (SB# 167324)
    ELIZABETH A. BROWN (SB# 235429)
    C. YEWLEH CHEE (SB# 281710)
8   jeffgrube@gbgllp.com
    lisabrown@gbgllp.com
9   yewlehchee@gbgllp.com
    GRUBE BROWN & GEIDT LLP
10  601 Montgomery Street, Suite 1150
    San Francisco, CA  94111
11  Telephone:  (415) 603-5000
    Facsimile:  (415) 840-7210
12

13  Attorneys for Defendant
    UNITED PARCEL SERVICE, INC.

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18  CRAIG OGANS, on behalf of himself and all      Case No. 3:17-cv-02443-MMC
    others similarly situated,
19                                                  **STIPULATION AND** ~~[PROPOSED]~~
                         Plaintiff,                 **ORDER TO EXTEND TIME FOR**
20                                                  **DEFENDANT UNITED PARCEL**
             vs.                                    **SERVICE, INC. TO RESPOND TO FIRST**
21                                                  **AMENDED COMPLAINT**
    UNITED PARCEL SERVICE, INC. and
22  DOES 1 to 100,                                  Judge:      Hon. Maxine M. Chesney
                                                    Courtroom:  7
23                       Defendants.

24

25

26

27

28

By and through their respective attorneys of record, Plaintiff Craig Ogans and Defendant United Parcel Service, Inc. ("UPS") (collectively, the "Parties") stipulate and agree as follows:

WHEREAS, Plaintiff filed his initial Complaint in San Francisco Superior Court on March 6, 2017;

WHEREAS, UPS removed the action to this Court on April 28, 2017;

WHEREAS, UPS moved to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted on May 5, 2017;

WHEREAS, Plaintiff filed his First Amended Complaint on May 19, 2017;

WHEREAS, on June 1, 2017, pursuant to the Parties' stipulation, the Court ordered that UPS's deadline to file and serve its response to Plaintiff's First Amended Complaint shall be extended to June 30, 2017;

WHEREAS, the Parties have used this extension of time to discuss the allegations contained in Plaintiff's First Amended Complaint and UPS's defenses against Plaintiff's claims;

WHEREAS, the Parties have reached a resolution of Plaintiff's claims in principle and need additional time to finalize the settlement agreement;

THEREFORE, the Parties stipulate and agree to extend the time for UPS to file and serve its response to Plaintiff's First Amended Complaint to July 20, 2017.

DATED: June 26, 2017              FRONTIER LAW CENTER

BY:      /s/ Adam Rose
                ADAM ROSE
Attorneys for Plaintiff
CRAIG OGANS

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

DATED: June 26, 2017              GRUBE BROWN & GEIDT LLP

BY:   /s/ Elizabeth A. Brown
              ELIZABETH A. BROWN
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

## DECLARATION OF C. YEWLEH CHEE

I, C. Yewleh Chee, declare as follows:

1. I am an attorney duly licensed to practice before this Court and before all of the Courts of the State of California. I am an Associate at the law firm of Grube Brown & Geidt LLP and counsel of record for Defendant United Parcel Service, Inc. ("UPS") in this action.

2. UPS removed this action to this Court on April 28, 2017. UPS moved to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted on May 5, 2017.

3. Instead of opposing UPS's motion to dismiss, Plaintiff filed his First Amended Complaint on May 19, 2017.

4. On June 1, 2017, the Parties stipulated and the Court ordered that UPS's deadline to file and serve its response to Plaintiff's First Amended Complaint shall be extended to June 30, 2017.

5. The Parties used this extension of time to discuss the allegations contained in Plaintiff's First Amended Complaint and UPS's defenses against Plaintiff's claims.

6. The Parties have reached a resolution of this action and are now finalizing the settlement agreement.

7. Good cause exists to extend the deadline for UPS to file its response to the First Amended Complaint from June 30, 2017 to July 20, 2017. This enlargement of time is needed by the Parties to finalize the settlement agreement.

8. There has been one previous time modification in this case.

9. This requested time modification would not alter the schedule for the case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 26th day of June, 2017, at San Francisco, California.

_____
C. YEWLEH CHEE

1      **[PROPOSED] ORDER**

2          This Court, having reviewed the foregoing Stipulation, and good cause appearing
       therefore
3      ~~therefor~~, HEREBY ORDERS that the deadline for Defendant United Parcel Service, Inc. to file

4      and serve its response to Plaintiff's First Amended Complaint shall be extended to and include

5      July 20, 2017.

6          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8      Dated: ___June 27, 2017___

9

10

11     _____
       Hon. Maxine M. Chesney
12     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28